No. 00–10005.  GRIMM v. VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 00–10012.  LENNON v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 00–10016.  GOMEZ-LOZANO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–10018.  BARNES v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS.  C. A. 8th Cir.  Certiorari denied.

No. 00–10057.  HERNANDEZ-RICO, AKA RIVERA-GUERRA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–10059.  ANDREWS v. BELL.  C. A. 4th Cir.  Certiorari denied.

No. 00–10060.  GRIER v. DAYS INN.  C. A. 4th Cir.  Certiorari denied.

No. 00–10066.  WATTS v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 00–10085.  GALLEGOS-CALDERON, AKA CALDERON-GALLEGOS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–10089.  LABLANCHE v. UNIVERSITY OF IOWA ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 00–10090.  MAKIDON v. ELO, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 00–10102.  DRUMMOND v. MARYLAND.  C. A. 4th Cir.  Certiorari denied.

No. 00–10125.  JOHNSON v. UNITED STATES; and
No. 00–10287.  BULLARD v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–10127.  RUIZ-GONZALEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.